UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS CARLOS ENRIQUEZ
ESCARCEGA,

               Petitioner,

     v.

WARDEN OF GOLDEN STATE ANNEX
DETENTION FACILITY,

               Respondent.

No.  1:26-cv-01012-DAD-SCR

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS, GRANTING
PETITION FOR WRIT OF HABEAS
CORPUS, AND DENYING PETITIONER'S
MOTION TO APPOINT COUNSEL AS
MOOT

(Doc. Nos. 3, 10)

Petitioner Luis Carlos Enriquez Escarcega is a federal immigration detainee proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted.  (Doc. No. 10.)  Specifically, the assigned magistrate judge found that petitioner had a liberty interest in his continued release and, accordingly, due process requires petitioner's release.  (*Id.* at 4–6.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.

1

(*Id.* at 7.)  On February 27, 2026, respondent filed their objections to the pending findings and recommendations.  (Doc. No. 12.)

Respondent's objections comprise a single sentence that respondent objects based on the reasons previously set forth in its answer.  (Doc. Nos. 8, 12.)  This objection does not provide a basis upon which to reject the pending findings and recommendations since respondent's arguments were considered and rejected in the magistrate judge's well-reasoned findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above.

1.   The findings and recommendations filed on February 20, 2026 (Doc. No. 10) are ADOPTED IN FULL;

2.   Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:

   a.   Respondent is ORDERED to immediately release petitioner from his custody on the same conditions he was subject to prior to his November 5, 2025 re-detention;

   b.   Respondent is ENJOINED AND RESTRAINED from re-detaining petitioner absent exigent circumstances without providing petitioner notice and a pre-detention hearing before an immigration judge, wherein respondents will bear the burden of demonstrating by clear and convincing evidence that petitioner poses a flight risk or a danger to the community;

3.   Petitioner's motion to appoint counsel (Doc. No. 3) is DENIED as having been rendered moot in light of this order; and

/////

/////

/////

2

4.     The Clerk of the Court is directed to ENTER judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:     **March 6, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE